**Sharlene Miller**

| | |
|---|---|
| From: | USBankruptcyCourts@noticingcenter.com |
| Sent: | Friday, January 26, 2018 12:48 PM |
| To: | Gary Imblum |
| Subject: | U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: Michael H. Butler, Case Number: 18-00267, HWV, Ref: [p-116960049] |
| Attachments: | B_P1180026730910046.PDF |

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

January 27, 2018

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Michael H. Butler, Case Number 18-00267, HWV

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101-1737**

Undeliverable Address:
TouchStone Realty
1314 Edwin Miller Boulevard
Suite 208-B
Martinsburg, WV 25404

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 2986 WINCHESTER AVE, MARTINSBURG WV 25405-2444 FORWARDING ORDER HAS EXPIRED

1/29/2018

THE UPDATED ADDRESS IS:

2986 Winchester Ave.
Martinsburg WV 25405-2444

_____  _____1/29/18_____
Signature of Debtor or Debtor's Attorney     Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

Total Control Panel                                                             Login

To: gary.imblum@imblumlaw.com         Message Score: 1              High (60): Pass
From: usbankruptcycourts@noticingcenter.com   My Spam Blocking Level: Low   Medium (75): Pass
                                                                    Low (90): Pass
                                      Block this sender
                                      Block noticingcenter.com

*This message was delivered because the content filter score did not exceed your filter level.*