```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                      Case No. 18-00267-HWV
Michael H. Butler                                           Chapter 13
Jeanette M. Butler
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1      User: karendavi        Page 1 of 2        Date Rcvd: Mar 13, 2018
                          Form ID: ntcnfhrg      Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2018.
db/jdb        +Michael H. Butler,   Jeanette M. Butler,   3517 Beaufort Street,   Harrisburg, PA 17111-2119
5014724       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:  Bank Of America,   PO Box 982238,   El Paso, TX 79998)
5014725       +Berkeley County Sheriff,   400 West Stephen Street, Suite 209,   Martinsburg, WV 25401-3838
5014726       +CB USA Sears,   PO Box 790040,   Saint Louis, MO 63179-0040
5014728       +Comcast,   PO Box 3001,   Southeastern, PA 19398-3001
5014729       +Crescent Orchard Homeowner's Associ,   PO Box 9,   Gerrardstown, WV 25420-0009
5014731       +Huong Bui, DDS,   4808 Derry Street,   Harrisburg, PA 17111-3440
5014732       +Keystone Collections Group,   PO Box 529,   Irwin, PA 15642-0529
5014722        PA Department of Revenue,   Bureau of Individual Taxes,   Dept 280431,
                Harrisburg, PA 17128-0431
5014735       +Penn Waste,   PO Box 3066,   York, PA 17402-0066
5014737       +TouchStone Realty,   2986 Winchester Ave.,   Martinsburg, WV 25405-2444
5014738       +Verizon,   PO Box 25505,   Lehigh Valley, PA 18002-5505
5014739       +WellSpan Health,   PO Box 742641,   Cincinnati, OH 45274-2641
5014740       +WellSpan Physician Billing,   PO Box 742641,   Cincinnati, OH 45274-2641
5014741       +Western Alliance Bank,   PO Box 742628,   Cincinnati, OH 45274-2628
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: collections-recovery@bankatcity.com Mar 13 2018 19:05:10
                City National Bank of West Virgina,   P.O. Box 7220,   Charleston, WV 25356-0220
5014723        E-mail/Text: bnc@trustamerifirst.com Mar 13 2018 19:05:11
                AmeriFirst Home Improvement Finance,   11171 Mill Valley Road,   Omaha, NE 68154
5017121       +E-mail/Text: collections-recovery@bankatcity.com Mar 13 2018 19:05:10       City National Bank,
                PO Box 7220,   Cross Lanes, WV 25356-0220
5014727       +E-mail/Text: collections-recovery@bankatcity.com Mar 13 2018 19:05:11       City National Bank Of,
                3601 Maccorkle Avenue,   Charleston, WV 25304-1498
5014730       +E-mail/Text: bankruptcy.bnc@ditech.com Mar 13 2018 19:05:08      Ditech,   Attn: Bankruptcy,
                PO Box 6172,   Rapid City, SD 57709-6172
5026652       +E-mail/Text: bankruptcy.bnc@ditech.com Mar 13 2018 19:05:08      First Financial Bank,
                c/o Ditech Financial LLC,   Po Box 6154,   Rapid City SD 57709-6154
5014721        E-mail/Text: cio.bncmail@irs.gov Mar 13 2018 19:05:00      Internal Revenue Service,   POB 7346,
                Philadelphia, PA 19101-7346
5014733       +E-mail/Text: unger@members1st.org Mar 13 2018 19:05:52      Members 1st F C U,   5000 Louise Dr,
                Mechanicsburg, PA 17055-4899
5014734       +E-mail/Text: unger@members1st.org Mar 13 2018 19:05:52      Members 1st Federal Credit Union,
                5000 Louise Drive,   Mechanicsburg, PA 17055-4899
5014736       +E-mail/Text: jennifer.chacon@spservicing.com Mar 13 2018 19:06:00
                Select Portfolio Servicing, Inc,   PO Box 65250,   Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1          User: karendavi             Page 2 of 2                   Date Rcvd: Mar 13, 2018
                              Form ID: ntcnfhrg           Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2018 at the address(es) listed below:

        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        Gary J Imblum   on behalf of Debtor 1 Michael H. Butler gary.imblum@imblumlaw.com,
        gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
        Gary J Imblum   on behalf of Debtor 2 Jeanette M. Butler gary.imblum@imblumlaw.com,
        gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
        James Warmbrodt   on behalf of Creditor   U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-4, Mortgage-Backed Notes, Series 2017-4 bkgroup@kmllawgroup.com
        James Warmbrodt   on behalf of Creditor   First Financial Bank, formerly known as First Financial Bank, N.A. successor in interest to FDIC as receiver for Irwin Union Bank and Trust Company bkgroup@kmllawgroup.com
        Lois Marie Vitti   on behalf of Creditor   City National Bank of West Virgina loismvitti@vittilaw.com, nicole@vittilaw.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Michael H. Butler
aka Mike Butler
Jeanette M. Butler

Chapter 13

Case No. 1:18−bk−00267−HWV

Debtor(s)

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor and Joint Debtor is scheduled for the date indicated below.

**April 11, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: April 18, 2018 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: karendavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 13, 2018 |