# IMBLUM LAW OFFICES, P.C.

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

4615 DERRY STREET
HARRISBURG, PA 17111

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

June 1, 2018

### Via ECF Only

TO: US BANKRUPTCY COURT - CLERK

RE: Michael H. Butler and Jeanette M. Butler
Chapter 13, Bankruptcy Case No. 1:18-bk-00267 RNO

Dear Clerk:

Please be advised that the address for Michael H. Butler and Jeanette M. Butler has changed to the following:

806 Lower Street
Roaring Springs, PA 16673

The Debtors previous address was as follows:

3517 Beaufort Street
Harrisburg, PA 17111

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/bad

cc: Charles J. DeHart, III (Trustee)
Via E-Service