```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                      Case No. 18-00267-HWV
Michael H. Butler                                           Chapter 13
Jeanette M. Butler
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: karendavi         Page 1 of 1          Date Rcvd: May 31, 2018
                         Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2018.
5044174        +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2018                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 1 Michael H. Butler gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Debtor 2 Jeanette M. Butler gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the holders of the CIM Trust 2017-4, Mortgage-Backed Notes, Series 2017-4
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    First Financial Bank, formerly known as First
               Financial Bank, N.A. successor in interest to FDIC as receiver for Irwin Union Bank and Trust
               Company bkgroup@kmllawgroup.com
              Lois Marie Vitti    on behalf of Creditor    City National Bank of West Virgina
               loismvitti@vittilaw.com, nicole@vittilaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| MICHAEL H. BUTLER : | CASE NO. 1-18-bk-00267-HWV |
| aka MIKE BUTLER : | |
| JEANETTE M. BUTLER : | |
|     Debtors : | CHAPTER 13 |
| : | |
| MICHAEL H. BUTLER : | |
| aka MIKE BUTLER : | |
| JEANETTE M. BUTLER : | |
|     Objectants : | |
| : | |
| vs. : | |
| : | |
| BANK OF AMERICA, N.A. : | |
|     Claimant : | |

## ORDER

In consideration of Debtors' Objection to Proof of Claim of the Bank of America, N.A., Claim number 8;

**IT IS HEREBY ORDERED AND DECREED**, that only Michael H. Butler is liable for the above Claim to Bank of America, N.A.

Dated: May 31, 2018

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (KB)