```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                              Case No. 18-00267-HWV
Michael H. Butler                                                   Chapter 13
Jeanette M. Butler
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: KADavis              Page 1 of 1            Date Rcvd: Sep 12, 2018
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2018.
db/jdb         +Michael H. Butler,    Jeanette M. Butler,    806 Lower Street,    Roaring Springs, PA 16673-1316

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 1 Michael H. Butler gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
               .com
              Gary J Imblum    on behalf of Debtor 2 Jeanette M. Butler gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
               .com
              James Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as indenture trustee,
               for the holders of the CIM Trust 2017-4, Mortgage-Backed Notes, Series 2017-4
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor   First Financial Bank, formerly known as First
               Financial Bank, N.A. successor in interest to FDIC as receiver for Irwin Union Bank and Trust
               Company bkgroup@kmllawgroup.com
              Lois Marie Vitti    on behalf of Creditor   City National Bank of West Virgina
               loismvitti@vittilaw.com, nicole@vittilaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
MICHAEL H. BUTLER : CASE NO. 1-18-bk-00267-HWV
aka MIKE BUTLER :
JEANETTE M. BUTLER :
      Debtors : CHAPTER 13

ORDER OF COURT
PERMITTING FIRST APPLICATION OF ATTORNEY FOR CHAPTER
13 DEBTORS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF
EXPENSES AS CHAPTER 13 ADMINISTRATIVE EXPENSES

Upon consideration of the First Application of Attorney for Chapter 13 Debtors for Interim Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) of Imblum Law Offices, P.C., by Gary J. Imblum, Counsel for the Debtors in the above matter,

IT IS HEREBY ORDERED AND DECREED that compensation and expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) will be allowed for the payment in the sum of $9,996.25 for fees and $431.77 for costs, less client payment of $1,495.00, for a net amount due of $8,933.02 for the time period of August 15, 2017 through August 8, 2018.

Debtors' counsel agrees that the Chapter 13 Trustee need only pay the portion of the approved Attorney's fees and costs which will not result in the plan being underfunded. As to the remaining Attorneys fees and costs approved by this order, if Debtors do not amend their Plan in the future to provide for payment of same through the Chapter 13 Trustee, Debtors' counsel will offer Debtors a reasonable payment plan for payment of same.

Dated: September 12, 2018      By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)