IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
MICHAEL H. BUTLER : CASE NO.: 1:18-bk-00267 HWV
a/k/a MIKE BUTLER :
JEANETTE M. BUTLER ;
      Debtors : CHAPTER 13

## AMENDMENT TO SCHEDULE B

Please add the following Personal Property to Schedule B:

| Personal Property | Value |
|---|---|
| Debtor's (Jeanette) interest in class action settlement in Fabricant v. Amerisave, Case No.: 19-cv-04659-AB-AS (For contacting cellular telephone subscribers on their cellular telephones without their prior consent) | Unknown |

Dated: 7-10-2020

_____
Michael H. Butler

Dated: 7-10-2020

_____
Jeannette M. Butler

# CERTIFICATE OF SERVICE

I, Bernadette A. Davis, Paralegal, hereby certify that I have served a copy of the AMENDMENT TO SCHEDULE B on the following person(s) by E-Service addressed to:

CHARLES J. DeHART, III, ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE

IMBLUM LAW OFFICES, P.C.

Dated: July 21, 2020

*/s/ Bernadette A. Davis*
Bernadette A. Davis, Paralegal
4615 Derry Street
Harrisburg  PA  17111
717 238-5250
Fax No. 717 558-8990
Gary.imblum@imblumlaw.com
For Debtor