# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

October 18, 2021

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Michael H. Butler & Jeanette M. Butler
Chapter 13, Bankruptcy Case No. 1:18-bk-00267-HWV

Dear Clerk:

Please be advised that the address for Michael H. Butler and Jeanette M. Butler has changed to the following:

120 Coffee Street
Everette, PA 15537

The Debtors' <u>previous</u> address was as follows:

806 Lower Street
Roaring Springs, PA 16673

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/cvs

cc: Jack N. Zaharopoulos (Trustee)
Via E-Service