United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-00267-HWV |
| Michael H. Butler | Chapter 13 |
| Jeanette M. Butler | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 24, 2022 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5014723 | Email/Text: bnc@trustamerifirst.com | Oct 24 2022 18:38:00 | AmeriFirst Home Improvement Finance, 11171 Mill Valley Road, Omaha, NE 68154 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gary J Imblum | on behalf of Debtor 1 Michael H. Butler gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Jeanette M. Butler gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2017-4, Mortgage-Backed Notes, Series 2017-4 bkgroup@kmllawgroup.com |
| James Warmbrodt | |

    on behalf of Creditor First Financial Bank  formerly known as First Financial Bank, N.A. successor in interest to FDIC as receiver for Irwin Union Bank and Trust Company bkgroup@kmllawgroup.com

Lois Marie Vitti
    on behalf of Creditor City National Bank of West Virgina loismvitti@vittilaw.com  nicole@vittilaw.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:18-bk-00267-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Michael H. Butler<br>120 Coffee Street<br>Everette PA 15537 | Jeanette M. Butler<br>120 Coffee Street<br>Everette PA 15537 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/24/2022.

Name and Address of Alleged Transferor(s):

Claim No. 2: AmeriFirst Home Improvement Finance, 11171 Mill Valley Road, Omaha, NE 68154

Name and Address of Transferee:

FCC Financial LLC
PO Box 795489
Dallas, TX 75379-5489
FCC Financial LLC
PO Box 795489
Dallas, TX 75379-5489

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/26/22

Terrence S. Miller
**CLERK OF THE COURT**