**IMBLUM LAW OFFICES, P.C.**

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

**Gary J. Imblum**
**Jeffrey L. Troutman (of counsel)**

email: **gary.imblum@imblumlaw.com**

**Telephone**
**717.238.5250**
**Facsimile**
**717.558-8990**

March 2, 2023

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Michael & Jeanette Butler
Chapter 13 - Bankruptcy Case No. 1:18-bk-00267

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

(P)AMERIFIRST HOME IMPROVEMENT FINANCE
1620 DODGE STREET STOP 8116
OMAHA NE 68197-8116

The Creditor's <u>previous</u> address was as follows:

(P)AMERIFIRST HOME IMPROVEMENT FINANCE
11171 MILL VALLEY ROAD
OMAHA NE 68154-3933

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm