United States Bankruptcy Court

Middle District of Pennsylvania

In re:                          Case No. 18-00267-HWV

Michael H. Butler             Chapter 13

Jeanette M. Butler

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                       User: AutoDocke                          Page 1 of 3

Date Rcvd: Mar 23, 2023                Form ID: 3180W                        Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael H. Butler, Jeanette M. Butler, 120 Coffee Street, Everette, PA 15537-4773 |
| 5014723 | | AmeriFirst Home Improvement Finance, 1620 Dodge Street Stop 8116, Omaha, NE 68197-8116 |
| 5014725 | + | Berkeley County Sheriff, 400 West Stephen Street, Suite 209, Martinsburg, WV 25401-3838 |
| 5014726 | + | CB USA Sears, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5014729 | + | Crescent Orchard Homeowner's Associ, PO Box 9, Gerrardstown, WV 25420-0009 |
| 5502689 | | FCC Financial LLC, PO Box 795489, Dallas, TX 75379-5489 |
| 5502690 | | FCC Financial LLC, PO Box 795489, Dallas, TX 75379-5489, FCC Financial LLC, PO Box 795489 Dallas, TX 75379-5489 |
| 5026652 | | First Financial Bank, c/o Ditech Financial LLC, Po Box 6154, Rapid City SD 57709 |
| 5014731 | + | Huong Bui, DDS, 4808 Derry Street, Harrisburg, PA 17111-3440 |
| 5064964 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5014732 | + | Keystone Collections Group, PO Box 529, Irwin, PA 15642-0529 |
| 5014722 | | PA Department of Revenue, Bureau of Individual Taxes, Dept 280431, Harrisburg, PA 17128-0431 |
| 5014735 | + | Penn Waste, PO Box 3066, York, PA 17402-0066 |
| 5014737 | + | TouchStone Realty, 2986 Winchester Ave., Martinsburg, WV 25405-2444 |
| 5014739 | + | WellSpan Health, PO Box 742641, Cincinnati, OH 45274-2641 |
| 5014740 | + | WellSpan Physician Billing, PO Box 742641, Cincinnati, OH 45274-2641 |
| 5014741 | + | Western Alliance Bank, PO Box 742628, Cincinnati, OH 45274-2628 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: collections-recovery@bankatcity.com | Mar 23 2023 18:47:00 | City National Bank of West Virgina, P.O. Box 7220, Charleston, WV 25356-0220 |
| 5014724 | + | EDI: BANKAMER.COM | Mar 23 2023 22:47:00 | Bank Of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5044174 | + | EDI: BANKAMER2.COM | Mar 23 2023 22:47:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5017121 | + | Email/Text: collections-recovery@bankatcity.com | Mar 23 2023 18:47:00 | City National Bank, PO Box 7220, Cross Lanes, WV 25356-0220 |
| 5014727 | + | Email/Text: collections-recovery@bankatcity.com | Mar 23 2023 18:47:00 | City National Bank Of, 3601 Maccorkle Avenue, Charleston, WV 25304-1498 |
| 5014728 | + | EDI: COMCASTCBLCENT | Mar 23 2023 22:47:00 | Comcast, PO Box 3001, Southeastern, PA 19398-3001 |
| 5014721 | | EDI: IRS.COM | Mar 23 2023 22:47:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5014733 | + | Email/Text: unger@members1st.org | Mar 23 2023 18:48:00 | Members 1st F C U, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5014734 | + | Email/Text: unger@members1st.org | Mar 23 2023 18:48:00 | Members 1st Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5326264 | | Email/Text: mtgbk@shellpointmtg.com | Mar 23 2023 18:47:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5326265 | | Email/Text: mtgbk@shellpointmtg.com | Mar 23 2023 18:47:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5014736 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 23 2023 18:48:00 | Select Portfolio Servicing, Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5043633 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 23 2023 18:48:00 | U.S. Bank National Association, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5014738 | + | EDI: VERIZONCOMB.COM | Mar 23 2023 22:47:00 | Verizon, PO Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | * | FCC Financial, LLC, PO Box 795489, Dallas, TX 75379-5489 |
| 5014730 | ## | Ditech Financial LLC, PO Box 15009, Tempe, AZ 85284-0109 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 25, 2023  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Gary J Imblum | on behalf of Debtor 1 Michael H. Butler gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Jeanette M. Butler gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | |

| | |
|---|---|
| | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2017-4, Mortgage-Backed Notes, Series 2017-4 bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor First Financial Bank formerly known as First Financial Bank, N.A. successor in interest to FDIC as receiver for Irwin Union Bank and Trust Company bkgroup@kmllawgroup.com |
| Lois Marie Vitti | on behalf of Creditor City National Bank of West Virgina loismvitti@vittilaw.com nicole@vittilaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Michael H. Butler<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–3033<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jeanette M. Butler<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–0231<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18-bk-00267-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael H. Butler
aka Mike Butler

Jeanette M. Butler

3/23/23

**By the court:** *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W        **Chapter 13 Discharge**        page 2